(1) Request permission to sue or challenge an SSDI ruling if needed (2) leave of this court

FILED IN CLERKS OFFICE 2020 JUN 24 AM 11:19 U.S. DISTRICT COURT DISTRICT OF MASS.

Brett Deveau

v.

Social Security Disability

Notes:

1. I do not know if I will ever have to file a complaint regarding the above
2. But if I do I would like to know I have the same legal avenues as every other disabled American
3. In order for me to do so however I would have to talk about stuff Judge Saris forbids me to do
4. So I would like to accomplish 2 things with this, (1) if needed in the future I can argue any disability ruling (2) leave of this court order, so I might get in front of a judge that might believe anything I say.
5. I hope and pray this is clear enough to the courts what I am asking for.

**Requesting permission to sue if needed and leave of this court**

(1) Request permission to sue or challenge an SSDI ruling if needed (2) leave of this court

### Introduction

I have been enjoying the wonderful world of disability since 2009. Thanks to Federal Student Loans I received a Total and Permanent Disability ruling in my favor. From time to time I have to do a disability review. Now should the government rule I am able to go back to work I would like the ability to argue that ruling. However in order for me to do so I would need to discuss some legal actions I made a mess with in this courtroom. I would also have new material to argue with.

### New Material compared to the Court Order

1. I was guard at UPS during the Michelle Ahern crime spree, this court can reference Massachusetts v. Michelle Ahern, settled in December 2006 Woburn District Court.
2. I successful argued I had to many mental damages to pay this debt at the Lowell District courts, in Discover Bank v. Brett Deveau, and Chase Bank v. Brett Deveau.
3. I might have received mental damages by how I was treated by the US Dept. of Education.
4. The main reason asking this court for leave can be found on p3, of the Judge Saris court order when she uses the word "alleges" regarding the Chelmsford Police Department, my name was used in a police report. Now a standing member of the Bar cannot deny facts which Judge Saris is, and the lawyers at SRBC. A copy of the police report will be attached. There is nothing alleged about the CPD, those assholes violated the Bar.

### Conclusion

I would have to be allowed to take openly about my life if I was to argue disability with social security something this court order does not allow me to do. I would also like to be in front of a Judge that might actual believe anything I say. Currently I am collecting SSDI, but if they rule against me I would like the same legal rights as any other disabled American.

For those loyal to the US Constitution

Sir Brett Austin Basil Deveau Esq.

/s/ _[signature]_ "pro se"

Brett Deveau

177 Lexington Road

Dracut, Ma, 01826

Requesting permission to sue if needed and leave of this court